JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADORE KINGS, LP, a California limited partnership; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-08810-RGK-AGR<br><br>**[PROPOSED] ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Adore Kings, LP ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  January 26, 2021

*Gary Klausner*
_____
UNITED STATES DISTRICT JUDGE